1  Larry Lockshin (C.S.B. #61926)
   Diana Esquivel (C.S.B. #202954)
2  LARRY LOCKSHIN, ESQ.
   A LAW CORPORATION
3  701 University Avenue, Suite 100
   Sacramento, CA 95825
4  Telephone (916) 649-3777
   Facsimile (916) 649-3779
5  Lockshinlawcorp@aol.com

6  Attorneys for Plaintiff
   EDWARD WRIGHT

FILED
CLERK, U.S. DISTRICT COURT
SEP 20 2005
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BY FAX

EDWARD WRIGHT,

  Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, and DOES 1-50, inclusive,

  Defendants.

No. CV 04-2706 GAF (PJWz)

**Judge: Hon. Gary A. Feess**
**Crtrm: 740**
**Trial Date: Vacated**

STIPULATION FOR ONE WEEK CONTINUANCE FOR THE FILING OF THE PROPOSED FINAL PRETRIAL CONFERENCE ORDER, JOINT STATEMENT OF DISPUTED INSTRUCTIONS AND JOINT WITNESS LIST

DOCKETED ON CM
SEP 21 2005
BY _____ 009

Stipulation for One Week Continuance

11324045.trf - 9/16/2005 11:50:34 AM

1  IT IS HEREBY STIPULATED TO BY AND BETWEEN the Plaintiff, Edward
2  Wright and the Defendant, UNION PACIFIC RAILROAD COMPANY through their
3  respective counsel that the parties have, and requested the Court allow, one additional
4  week to September 21, 2005 for the filing of the Proposed Final Pretrial Conference
5  Order, Joint Statement of Disputed Instructions, and Joint Witness List. This request
6  is generated by those facts set forth in the Declaration of Larry Lockshin, Esq., filed
7  on September 14, 2005, a copy of which is attached hereto as Exhibit 1.

9  Dated: September 15, 2005

   LARRY LOCKSHIN, ESQ.
   A Law Corporation

   By: _____
   LARRY LOCKSHIN
   Attorney for Plaintiff
   EDWARD WRIGHT

15 Dated: September 15, 2005

   ERNSTER LAW OFFICES, P.C.

   By: _____
   JOHN H. ERNSTER
   Attorney for Defendant
   UNION PACIFIC RAILROAD
   COMPANY

22 IT IS SO ORDERED.
23 Dated: September 20, 2005

   _____
   GARY A. FEESS
   UNITED STATES DISTRICT COURT
   JUDGE

Stipulation for One Week Continuance

11324045.tif - 9/16/2005 11 50 34 AM

SCANNED

SE SEP. 16. 2005 11:48AM   LARRY LOCKSHIN, ESQ., A LAW CORP           NO. 6888 REP. 5400 P. 2
RECEIVED
SEP 5 2005

SEP. 14. 2005 10:32AM   LARRY LOCKSHIN, ESQ., A LAW CORP  SEP 5 2005   NO. 6821 P. 2
FILED
2005 SEP 14 PM 4:21
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY FAX
COPY

1  Larry Lockshin (C.S.B. #61926)
   Diana Esquivel (C.S.B. #202954)
2  LARRY LOCKSHIN, ESQ.
   A LAW CORPORATION
3  701 University Avenue, Suite 100
   Sacramento, CA 95825
4  Telephone (916) 649-3777
   Facsimile (916) 649-3779
5  Lockshinlawcorp@aol.com

6  Attorneys for Plaintiff
   EDWARD WRIGHT
7

8
                UNITED STATES DISTRICT COURT
9
                CENTRAL DISTRICT OF CALIFORNIA
10

11
   EDWARD WRIGHT,                    ) No. CV 04-2706 GAF (PJWz)
12                                   )
           Plaintiff,                ) Judge: Hon. Gary A. Feess
13                                   ) Crtrm: 740
       v.                            ) Trial Date: Vacated
14                                   )
   UNION PACIFIC RAILROAD            )
15 COMPANY, and DOES 1-50,           )
   inclusive,                        )
16                                   )
           Defendants.               )
17 _____)

18
19
20
21
22     **DECLARATION OF LARRY LOCKSHIN, ESQ., REGARDING HIS
       MEDICAL CONDITION AND REQUEST BECAUSE OF THIS FOR A
23     ONE-WEEK EXTENSION TO FILE THE PROPOSED PRE-TRIAL
       ORDER AND JOINT STATEMENT OF JURY INSTRUCTIONS**
24
25
26
27
28

Declaration of Counsel re medical condition

11324045.tif 9/16/2005 11:50:34 AM..

I, Larry Lockshin, declare:

1. I am an attorney at law licenced to practice before this Court and am attorney of record for the plaintiff.

2. This Declaration is being filed pursuant to this Court's Order at the Pretrial Conference held on August 30, 2005.

3. Since the Pretrial Conference, this Declarant has been informed by his treating physicians that back surgery is required. The surgery will involve 3 different levels in the lumbar spine and is presently scheduled for October 3, 2005. I am further informed that I will require at least 2-3 months, but possibly more, to recover enough to be able to return to full time work. Because of this time estimate from my physicians, I am seeking to avoid any significant litigation commitments until after the new year of January 2006.

4. As a result of my back condition, I have been under increasing pain and discomfort over the last several weeks. I am now on medication which, in conjunction with my pain and discomfort, has significantly decreased my energy levels. One consequence of this is that I was unable this past weekend of September 10th and 11th to work in the office on finalizing the Proposed Pre-trial Order and Joint Stipulation of Disputed Jury Instructions as I had intended. I was involved in depositions and other work that took me outside of my office on Monday September 12th and Tuesday September 13th (when I was in San Francisco attending Defendant's deposition in this case of one of Plaintiff's treating physicians) I was also required in the afternoon yesterday to prepare a client for his deposition to be taken today. I am also scheduled all day on the 15th for depositions. I have been on most dates since the pre-trial conference of August 30th involved in depositions in various cases (several of which occurred in this case and required me to travel to Los Angeles to take Defendant's expert depositions) and other work taking me out of my office for some or all of most days over the last two (2) weeks.

5. The failure to have the proposed pre-trial order and disputed jury

Declaration of Counsel re medical condition                                     1

1 | instructions stipulation submitted is not in any way the fault of the Defendant's
2 | attorney, John Ernster. I accept full responsibility for this failure but ask the Court
3 | to grant the parties one additional week in consideration of my having done the best
4 | I could to comply with the Court's order. For the reasons beyond my control as
5 | explained above, I have not been able to do so. The Court's understanding in this
6 | regard would be most greatly appreciated.
7 |     I declare under penalty of perjury under the laws of the United States and the
8 | State of California that the foregoing is true and correct and that I could competently
9 | testify thereto in a court of law if called to do so.
10 |     Executed this 14th day of September, 2005 at Sacramento, California.

Larry Lockshin

Declaration of Counsel re medical condition                    2

## PROOF OF SERVICE

CASE NAME: ***EDWARD WRIGHT v. UNION PACIFIC RAILROAD CO.***

CASE NO.: United States District Court Central District of California
Case No. CV 04-2706 GAF PJWx

I, BETTY HENKLE, hereby declare and state that:

I am over the age of eighteen years, employed in the City and County of Sacramento, California, and not a party to the within action. My business address is c/o Larry Lockshin, Esq., a Law Corporation, 701 University Avenue, Suite 100, Sacramento, California 95825..

On the date set forth below, I served the following: **DECLARATION OF LARRY LOCKSHIN, ESQ., REGARDING HIS MEDICAL CONDITION AND REQUEST BECAUSE OF THIS FOR A ONE-WEEK EXTENSION TO FILE THE PROPOSED PRE-TRIAL ORDER AND JOINT STATEMENT OF JURY INSTRUCTIONS** on the following party(ies) to this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| John H. Ernster, Esq.<br>Ernster Law Offices, P.C.<br>70 South Lake Avenue, Suite 750<br>Pasadena, CA 91101 | Attorney for Defendant<br>Union Pacific Railroad Company<br>Telephone: (626) 844-8800<br>Facsimile: (626) 844-8944 |

[x] (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California. I am familiar with my company's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U.S. mail box in Sacramento, California, in the ordinary course of business.

[] (BY EXPRESS MAIL) I caused such envelope to be placed in U.S. Mail depository at Sacramento, California

] (BY PERSONAL SERVICE) delivered by hand to addressee at the address listed above.

[X] (BY FACSIMILE/TELECOPIER/MAIL) I personally sent to the addressee's telecopier number (stated above) a true copy of the above-described documents. On this same date, I caused a true copy to be placed in the United States mail at Sacramento, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 14, 2005, at Sacramento, California.

_____
BETTY HENKLE

## PROOF OF SERVICE

CASE NAME:  *EDWARD WRIGHT v. UNION PACIFIC RAILROAD CO.*

CASE NO.:  United States District Court Central District of California
Case No. CV 04-2706 GAF PJWx

I, BETTY HENKLE, hereby declare and state that:

I am over the age of eighteen years, employed in the City and County of Sacramento, California, and not a party to the within action. My business address is c/o Larry Lockshin, Esq., a Law Corporation, 701 University Avenue, Suite 100, Sacramento, California 95825..

On the date set forth below, I served the following: **STIPULATION FOR ONE WEEK CONTINUANCE FOR THE FILING OF THE PROPOSED FINAL PRETRIAL CONFERENCE ORDER, JOINT STATEMENT OF DISPUTED INSTRUCTIONS AND JOINT WITNESS LIST** on the following party(ies) to this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

John H. Ernster, Esq.                   Attorney for Defendant
Ernster Law Offices, P.C.               Union Pacific Railroad Company
70 South Lake Avenue, Suite 750         Telephone: (626) 844-8800
Pasadena, CA 91101                      Facsimile: (626) 844-8944

[x]  (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California. I am familiar with my company's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U.S. mail box in Sacramento, California, in the ordinary course of business.

[ ]  (BY EXPRESS MAIL) I caused such envelope to be placed in U.S. Mail depository at Sacramento, California

[ ]  (BY PERSONAL SERVICE) delivered by hand to addressee at the address listed above.

[ ]  (BY FACSIMILE/TELECOPIER/MAIL) I personally sent to the addressee's telecopier number (stated above) a true copy of the above-described documents. On this same date, I caused a true copy to be placed in the United States mail at Sacramento, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 16, 2005, at Sacramento, California.

_____
BETTY HENKLE