# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DOCKETED ON CM

OCT - 6 2005

BY MG            009

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☐ U.S. District Judge / ☐ U.S. Magistrate Judge _____ *GAF*

From: *Yvette Louis* _____, Deputy Clerk      Date Received: *10-3-05*

Case No.: *CV-04-2706 GAF*     Case Title: *Edward Wright v. Union Pacific*

Document Entitled: *Unfiled Document submitted by Plaintiff*

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1     Document not legible
☐ Local Rule 11-3.8     Lacking name, address, phone and facsimile numbers
☐ Local Rule 11-4.1     No copy provided for judge
☐ Local Rule 19-1       Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1       Proposed amended pleading not under separate cover
☐ Local Rule 11-6       Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8       Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1      No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1        Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1       Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2       Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1     Notice to other parties of ex parte application lacking
☐ Local Rule 16-6       Pretrial conference order not signed by all counsel
☒ FRCvP Rule 5(d)       No proof of service attached to document(s)
☒ Other: *Unfiled Document*

D Send

Filed
CLERK, U.S. DISTRICT COURT

OCT - 4 2005

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

**Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.**

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____        _____
Date                 U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED** and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

*10/4/05*          _____
Date                 U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

150