LINK:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | CV 04-2706-GAF (PJWx) | Date  October 19, 2005 |
| Title | Wright v. Union Pacific Railroad Co. | |

Present: The Honorable **GARY ALLEN FEESS**

| Marilynn Morris | None | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

None                                                          None

**Proceedings:**     **(In Chambers)**

### ORDER CONTINUING TRIAL

Trial in this case is CONTINUED to Tuesday, April 25, 2006, at 8:30 a.m. The Pre-Trial Conference will be held on Monday, April 3, 2006, at 3:30 p.m. By this order the Court is NOT reopening discovery in this case and will NOT accept the filing of any substantive motions. The parties may submit motions in limine that address evidentiary matters only. Such motions shall be filed and served no later than March 13, 2006. Oppositions and replies are to be filed in accordance with the Court's Local Rules.

IT IS SO ORDERED.



DOCKETED ON CM
OCT 2 1 2005
BY  mG        009

Initials of Preparer  _____