LINK:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 04-2706-GAF | Date | March 31, 2006 |
|---|---|---|---|

| Title | Wright v. Union Pacific |
|---|---|

Present: The Honorable **GARY ALLEN FEESS**

| Marilynn Morris | None | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     (In Chambers)

### ORDER RE: TRIAL SCHEDULE



This case is presently scheduled for pre-trial conference on April 3, 2006 after having been continued several times already. However, consistent with the Speedy Trial Act, the Court has been forced to schedule lengthy criminal trials in United States v. Dowie, et al., CR 05-27-GAF and United States v. Rubin, CR 04-1697-GAF commencing on April 4, 2006. The Dowie case is anticipated to last three to four weeks; Rubin will commence immediately thereafter and is expected to last another three to four weeks. These cases have required substantial court involvement in pre-trial disputes, which has negatively impacted on the Court's civil calendar.

In addition, the Court has received transfer cases from retiring Judges Timlin, Tevrizian, Taylor and Baird, some of which are significantly older than this case. Presently the Court has six civil cases, including two complex patent cases, awaiting a trial date. Because of the increasing number and complexity of the Court's civil cases, and the Court's obligation to give priority to criminal matters, the Court cannot predict with any degree of confidence when it will be in a position to try these civil cases.

The Court views the situation as a regrettable, but entirely predictable, consequence of the failure of the executive and legislative branches of government to fill vacancies in this district. The Court has five vacancies at present (Judge Larson was recently confirmed but his arrival has been offset by Judge Manella's departure to the

LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 04-2706-GAF | Date | March 31, 2006 |
| Title | Wright v. Union Pacific | | |

state appellate court), which means that each district judge carries about 75 cases over the usual caseload when all vacancies are filled. Congestion and delay result. What has occurred in this case is just one of many examples.

The parties should confer on new pre-trial conference and trial dates, approximately 90 to 120 days hence, and submit a stipulation with a proposed order. The Court can make no promises other than to give this case priority over later filed civil lawsuits.

IT IS SO ORDERED.

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED
BY FAX DELIVERY ON PLAINTIFF/DEFENDANT (OR PARTIES)
AT THEIR RESPECTIVE MOST RECENT FAX NUMBER OF RECORD
IN THIS ACTION ON THIS DATE.

DATE: 3-31-06

DEPUTY CLERK